# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

UNITED STATES OF AMERICA,

       **Plaintiff,**

  v.                 **CASE NO.**  21-40081-HLT

GREGORY MYRON SEELEY,

       **Defendant.**

# SEALED INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**SEXUAL EXPLOITATION OF A MINOR – POSSESSION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252(a)(4)(B)]**

On or about the 1st day of July, 2021, in the District of Kansas, the defendant,

**GREGORY MYRON SEELEY**

did knowingly possess one (1) or more matters which contained any visual depiction of a minor, that involved prepubescent minors and minors who had not attained 12 years of age, that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, including by a computer, and was produced using

materials which had been so mailed and shipped and transported, and the production of such visual depiction involved the use of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256, and such visual depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B), with reference to Title 18, United States Code, Section 2252(b)(2).

## COUNT 2

### SEXUAL EXPLOITATION OF A MINOR – POSSESSION OF CHILD PORNOGRAPHY
### [18 U.S.C. § 2252(a)(4)(B)]

On or about the 5th day of July, 2021, in the District of Kansas, the defendant,

### GREGORY MYRON SEELEY

did knowingly possess one (1) or more matters which contained any visual depiction of a minor, that involved prepubescent minors and minors who had not attained 12 years of age, that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, including by a computer, and was produced using materials which had been so mailed and shipped and transported, and the production of such visual depiction involved the use of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256, and such visual depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B), with reference to Title 18, United States Code, Section 2252(b)(2).

## COUNT 3

**POSSESSION OF A FIREARM BY A PROHIBITED PERSON – UNLAWFUL USER OF A CONTROLLED SUBSTANCE**
**[18 U.S.C. § 922(g)(3)]**

On or about the 5th day of July, 2021, in the District of Kansas, the defendant,

**GREGORY MYRON SEELEY**

who is an unlawful user of or addicted to any controlled substance, as defined in Title 21 United States Code Section 802, knowingly possessed in and affecting interstate commerce firearms, namely,

1. Ruger, model Red Hawk, .44 magnum caliber revolver S/N: 503-83668

2. Glock, model 30, .45 caliber pistol, S/N: BRGY860

3. Beretta, model 96A1, .40 caliber pistol, S/N: A72789M

4. Glock, model 21 Gen. 4, .45 caliber pistol, S/N: BDAC263

5. Ceska Zbrojovka (CZ), model CZ 75 B, 9mm caliber pistol, S/N: C540822

6. Smith & Wesson, model 57, .41 magnum caliber revolver, S/N: S23806

7. Glock, model 19, 9mm caliber pistol, S/N: BDCC575

8. Walther, model PPS, 9mm caliber pistol, S/N: AR6425

9. Smith & Wesson, model 642 Airweight, .38 caliber revolver, S/N: CVE0930

10. Sig Saur, model P220 Elite, 10mm caliber pistol, S/N: 37B037177

11. Glock, model 20 Gen. 4, 10mm caliber pistol, S/N: BBLR212

12. Beretta, model PX4 Storm, .45 caliber pistol, S/N: PK43449

13. Wilson Combat, model Professional, .45 caliber pistol, S/N: WCT-30973

14.    Smith & Wesson, model 686, .357 caliber revolver, S/N: DLD1588

15.    Wilson Combat, model Tactical Elite, .45 caliber pistol, S/N: WCT29434

16.    CZ, model CA-97 B, .45 caliber pistol, S/N: C446168

17.    Heckler and Koch Gmbh, model USP, .45 caliber pistol, S/N: 25-149770

18.    Walther, model PPQ, 9mm caliber pistol, S/N: FDA8882

19.    Sun City Machinery Co., model Stevens 320, 12 gauge shotgun, S/N:
       132480H

20.    Mossberg, model 500, 12 gauge shotgun S/N: T629616

21.    Savage Arms, Inc., Model Axis, .270 Win. caliber rifle, S/N: N165103

22.    New England Firearms, model Pardner, 12gauge shotgun, S/N: NP272873

23.    Miroku, model A-bolt, .300 WIN rifle S/N: 12956ZT358

24.    Arsenal JSCompnay (Arsenal Bulgaria), model SAM7SF, 7.62x39 caliber
       rifle, S/N: BE530180

25.    Springfield Armory, model Saint Edge, Multi caliber rifle, S/N: SE69528

26.    Springfield Armory, model Saint, Multi caliber rifle, S/N: ST082348

27.    The Marlin Firearms Co., model 1895, .45/70 caliber rifle S/N: MR80303C

28.    Ruger, model 10/22 .22 caliber rifle, S/N: 0011-23157

29.    Springfield Armory, model M1A Socom 16, .308 Win. caliber rifle, S/N:
       330679

30.    Springfield Armory, model M1A .308 Win. caliber rifle S/N: 421644

31.    Zastava, model PAP M92PV,  7.62x39 caliber rifle, S/N: M92PV028579

said firearms having been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(3) and 924(a)(2).

## <u>FORFEITURE NOTICE</u>

1.      The allegations contained in Counts 1 through 3 of this Indictment are hereby  realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 924(d) and 2253(a), and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of one or more of the offenses set forth in Counts 1 and 2, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a), any and all property used or intended to be used in any manner or part to commit or to promote the commission of such offenses or any property traceable to such property, including but not limited to:

      1)      Silver HP laptop computer, model 14.cf0013dx: N/N: 5CG8440Z8H

      2)      1 Black 32GB SanDisk flash drive (inserted into HP laptop)

      3)      1 Black 32GB SanDisk SIMS card (inserted into HP laptop)

      4)      3 black 32GB SanDisk SIMS cards (located inside purple Crown Royal bag)

      5)      3 blue 32GB SanDisk SIMS cards (located inside purple Crown Royal bag)

      6)      3 black 32GB PNY flash drives (located inside purple Crown Royal bag)

5

7)  1 black 32GB Infinitive flash drive (located inside purple Crown Royal bag)

8)  1 black 32 GB SanDisk flask drives (located inside purple Crown Royal bag)

9)  2 black 16GB SanDisk SIMS cards (located inside purple Crown Royal bag)

10)  5 black 16GB SanDisk flash drives (located inside purple Crown Royal bag)

11)  Blue Motorola cellular phone.

3.      Upon conviction of the offense set forth in Count 3 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offense, including, but not limited to:

1)  Ruger, model Red Hawk, .44 magnum caliber revolver S/N: 503-83668

2)  Glock, model 30, .45 caliber pistol, S/N: BRGY860

3)  Beretta, model 96A1, .40 caliber pistol, S/N: A72789M

4)  Glock, model 21 Gen. 4, .45 caliber pistol, S/N: BDAC263

5)  Ceska Zbrojovka (CZ), model CZ 75 B, 9mm caliber pistol, S/N: C540822

6)    Smith & Wesson, model 57, .41 magnum caliber revolver, S/N: S23806

7)    Glock, model 19, 9mm caliber pistol, S/N: BDCC575

8)    Walther, model PPS, 9mm caliber pistol, S/N: AR6425

9)    Smith & Wesson, model 642 Airweight, .38 caliber revolver, S/N: CVE0930

10)   Sig Saur, model P220 Elite, 10mm caliber pistol, S/N: 37B037177

11)   Glock, model 20 Gen. 4, 10mm caliber pistol, S/N: BBLR212

12)   Beretta, model PX4 Storm, .45 caliber pistol, S/N: PK43449

13)   Wilson Combat, model Professional, .45 caliber pistol, S/N: WCT-30973

14)   Smith & Wesson, model 686, .357 caliber revolver, S/N: DLD1588

15)   Wilson Combat, model Tactical Elite, .45 caliber pistol, S/N: WCT29434

16)   CZ, model CA-97 B, .45 caliber pistol, S/N: C446168

17)   Heckler and Koch Gmbh, model USP, .45 caliber pistol, S/N: 25-149770

18)   Walther, model PPQ, 9mm caliber pistol, S/N: FDA8882

19)   Sun City Machinery Co., model Stevens 320, 12 gauge shotgun, S/N: 132480H

20)   Mossberg, model 500, 12 gauge shotgun S/N: T629616

21)   Savage Arms, Inc., Model Axis, .270 Win. caliber rifle, S/N: N165103

22)   New England Firearms, model Pardner, 12gauge shotgun, S/N: NP272873

23)   Miroku, model A-bolt, .300 WIN rifle S/N: 12956ZT358

24)   Arsenal JSCompnay (Arsenal Bulgaria), model SAM7SF, 7.62x39 caliber rifle, S/N: BE530180

25)   Springfield Armory, model Saint Edge, Multi caliber rifle, S/N: SE69528

26)   Springfield Armory, model Saint, Multi caliber rifle, S/N: ST082348

27)   The Marlin Firearms Co., model 1895, .45/70 caliber rifle S/N: MR80303C

28)   Ruger, model 10/22 .22 caliber rifle, S/N: 0011-23157

29)   Springfield Armory, model M1A Socom 16, .308 Win. caliber rifle, S/N: 330679

30)   Springfield Armory, model M1A .308 Win. caliber rifle S/N: 421644

31)   Zastava, model PAP M92PV,  7.62x39 caliber rifle, S/N: M92PV028579; and

32)   All attendant ammunition and accessories.

4.     If any of the property described above, as a result of any act or omission of the defendant:

A.    cannot be located upon the exercise of due diligence;

B.    has been transferred or sold to, or deposited with, a third party;

C.    has been placed beyond the jurisdiction of the court;

D.    has been substantially diminished in value; or

E.    has been commingled with other property which cannot be divided

      without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant

to Title 21, United States Code, Section 853(p).


A TRUE BILL.


August 18, 2021                           s/Foreperson
DATE                              FOREPERSON OF THE GRAND JURY


DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY

By: /s/ Sara L. Walton
[AUSA'S NAME]
Assistant United States Attorney
District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas  66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: sara.walton@usdoj.gov
Ks. S. Ct. No. 24106

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

## **PENALTIES**

**Counts 1 and 2: 18 U.S.C. § 2252(a)(4)(B)**

- Punishable by a term of imprisonment not to exceed ten (10) years. 18 U.S.C. § 2252(b)(2).

- If the defendant is found to have possessed any matter that involved prepubescent minors or minors who have not attained 12 years of age, the offense is punishable by a term of imprisonment not to exceed twenty (20) years.  18 U.S.C. § 2252(b)(2).

- A term of supervised release of at least five (5) years and not to exceed life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- Restitution. 18 U.S.C. § 2259(a).

- A child pornography assessment not to exceed $17,000. 18 U.S.C. § 2259A(a)(1).

- A Justice for Victims of Trafficking Act assessment of $5,000. 18 U.S.C. § 3014(a)(3).

- A mandatory special assessment fee of $100. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such violation after a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children has become final, the penalties are:

- Punishable by a term of imprisonment not less than ten (10) years and to exceed twenty (20) years. 18 U.S.C. § 2252(b)(2).

- A term of supervised release of at least five (5) years and not to exceed life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- Restitution. 18 U.S.C. § 2259(a).

- A child pornography assessment not to exceed $17,000. 18 U.S.C. § 2259A(a)(1).

- A Justice for Victims of Trafficking Act assessment of $5,000. 18 U.S.C. § 3014(a)(3).

- A mandatory special assessment fee of $100. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

## Count 3: 18 U.S.C. § 2252(a)(4)(B)

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.