**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

UNITED STATES OF AMERICA,   Case No: 21-40081-HLT
　　　　　　　　　　　　　　　　　　　　AUSA: Sara Walton
　　　　　　Plaintiff,　　　　　　　　　Defendant: Richard Federico, AFPD
v.

GREGORY SEELEY,
　　　　　Defendant.

| JUDGE: | Judge Angel D. Mitchell | DATE: | August 23, 2021 |
|---|---|---|---|
| DEPUTY CLERK: | Heather Tildes | TAPE/REPORTER: | FTR Network @ 1:55 pm |
| INTERPRETER: | _____ | PROBATION: | Mitchell Shivers |

## PROCEEDINGS

☒ **Initial Appearance – 4 min.**　　☐ Initial Revocation Hearing　　☐ Bond Hearing
☐ Detention Hearing　　　　　　　　☐ Initial Rule 5(c)(3)　　　　　☐ Bond Revocation Hearing
☒ **Arraignment – 3 min.**　　　　　☐ Preliminary Hearing　　　　　☐ Status Conference
☐ Discovery Conference　　　　　　　☐ Pretrial Conference　　　　　☐ In-Court Hearing

☐ Defendant sworn　　　　　　　　　☒ **Examined re: financial status**　　☒ **Counsel appointed**

☒ **Charges and penalties explained to defendant**　　　☒ **Advised of Due Process Protections Act**
☒ **Constitutional Rights Explained**　　☒ **Felony**　　　　　　　☐ Misdemeanor
☐ Declines to Waive Indictment　　　☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment　　　　☐ Information filed
☐ Advised of Rights Under Rule _____　　　　　　　　☐ Signed Consent to Transfer _____

☒ **Waived Reading**　　☐ Read to Defendant:　　☒ **Indictment**　　☐ Information　　☐ Complaint
☒ **Number of Counts: 3**　　☐ Guilty　　　　　　☒ **Not Guilty**

☐ Bond Revoked　　　　　　　☐ Bail Fixed at: $_____
☐ Release Order executed　　　☐ Continued on present conditions　　☒ **Remanded to Custody**

☒ **Case Management Order will be issued by Magistrate Judge Mitchell**

☒ **Scheduling and Status Conference: September 28, 2021 at 9:00 AM before Judge Teeter.**

☒ **Defendant's next appearance:**　　Detention hearing on August 26, 2021 at 11:00 AM before Judge Mitchell.

OTHER:  Defendant appears in person and the court appoints Rich Federico to represent the defendant. Government moves for detention. Defendant requests a continuance of the hearing. The court grants the continuance. Defendant is remanded to the custody of the U.S. Marshal Service.