**SEALED**

AO 442   (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ Kansas

UNITED STATES OF AMERICA

V.

GREGORY MYRON SEELEY

**WARRANT FOR ARREST**  FILED

Case Number: 21-40081-HLT

AUG 24 2021

Clerk, U.S. District Court
By: _____ Deputy Clerk

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ GREGORY MYRON SEELEY
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)
SEALED

☑ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release      ☐ Probation            ☐ Supervised Release   ☐ Violation Notice
  Violation Petition      Violation Petition      Violation

charging him or her with   (brief description of offense)

Cts 1 & 2 - 18 USC 2252(a)(4)(B) - Sexual Exploitation of a Minor-Possession of Child Pornography
Ct 3 - 18 USC 922(g)(3) - Possession of a Firearm by a Prohibited Person-Unlawful User of a Controlled Substance

☑ in violation of Title   18   United States Code, Section(s)   2252(a)(4)(B)

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

TIMOTHY M. O'BRIEN                                  s/ J. Lolley, Deputy Clerk
Name of Issuing Officer                             Signature of Issuing Officer

Clerk of Court                                      August 18, 2021          at Topeka, Kansas
Title of Issuing Officer                            Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED 8/18/21 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8/19/21 | TFO/FBI Justin Braxtexman | |