**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

| UNITED STATES OF AMERICA, | Case No: 21-40081-HLT |
|---|---|
| | AUSA: Sara Walton |
| Plaintiff, | Defendant: Richard Federico, AFPD |
| v. | |
| GREGORY SEELEY, | |
| Defendant. | |

| JUDGE: | Judge Angel D. Mitchell | DATE: | August 26, 2021 |
|---|---|---|---|
| DEPUTY CLERK: | Heather Tildes | TAPE/REPORTER: | FTR Network @ 11:05 am |
| INTERPRETER: | _____ | PROBATION: | Mitchell Shivers |

## PROCEEDINGS

☐ Initial Appearance      ☐ Initial Revocation Hearing      ☐ Bond Hearing
☒ Detention Hearing – 39 min.   ☐ Initial Rule 5(c)(3)      ☐ Bond Revocation Hearing
☐ Arraignment          ☐ Preliminary Hearing          ☐ Status Conference
☐ Discovery Conference    ☐ Pretrial Conference          ☐ In-Court Hearing

☐ Defendant sworn       ☐ Examined re: financial status   ☐ Counsel appointed

☐ Charges and penalties explained to defendant      ☐ Advised of Due Process Protections Act
☐ Constitutional Rights Explained   ☐ Felony      ☐ Misdemeanor
☐ Declines to Waive Indictment     ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment      ☐ Information filed
☐ Advised of Rights Under Rule _____           ☐ Signed Consent to Transfer _____

☐ Waived Reading     ☐ Read to Defendant:   ☐ Indictment   ☐ Information   ☐ Complaint
☐ Number of Counts:  ☐ Guilty            ☐ Not Guilty

☐ Bond Revoked          ☐ Bail Fixed at: $_____
☒ Release Order executed    ☐ Continued on present conditions      ☐ Remanded to Custody

**OTHER:** Defendant appears in person and with counsel. Government moves for detention. The court denies the government's motion. The court releases defendant on conditions of pretrial release with the conditions as stated on the record. Formal Order of Conditions of Release to follow.

**Status Conference set for September 16, 2021 at 1:30 pm before Judge Mitchell.**