IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                              Case No. 5:21CR40081-001-HLT-ADM

GREGORY MYRON SEELEY,

        Defendant.

ENTRY OF APPEARANCE

Please take notice that the undersigned attorney enters her appearance for Plaintiff, United States of America, in the above-captioned action.  Copies of all pleadings and notices should now be served on Kathryn E. Sheedy, Assistant United States Attorney at the address below.  Copies of all pleadings and notices should also continue to be served on Sara Walton, Assistant United States Attorney.

        Respectfully submitted,

        DUSTON J. SLINKARD
        Acting United States Attorney

        s/ Kathryn E.Sheedy
        KATHRYN E. SHEEDY
        Assistant United States Attorney
        Ks. S.Ct. No. 22867
        290 Federal Bldg.
        444 SE Quincy Street
        Topeka, Kansas  66683-3592
        PH:  785-295-2850
        FX:  785-295-2853
        Email:  Kathryn.sheedy@usdoj.gov
        Attorneys for the United States

CERTIFICATE OF SERVICE

       I hereby certify that on September 14, 2021, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Richard Federico.

       I further certify that on this date the foregoing document and the notice of electronic filing were served via the U.S. mail upon the following non-CM/ECF participants: None.

                                    s/ Kathryn E.Sheedy
                                    KATHRYN E. SHEEDY
                                    Assistant United States Attorney