IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

        v.        Case No. 5:21CR40081-001-HLT-ADM

GREGORY MYRON SEELEY,

        Defendant.

## MOTION FOR PRE-SENTENCE PAYMENT OF CRIMINAL MONETARY PENALTIES

The United States of America, by Duston J. Slinkard, Acting United States Attorney for the District of Kansas, and Kathryn E. Sheedy, Assistant United States Attorney, moves the Court for an Order, pursuant to 18 U.S.C. §§ 2259, 2259A, 3571 and 28 U.S.C. §§ 1651, 2041-2042, allowing pre-sentence payment of criminal monetary penalties.

In support hereof, the United States of America states as follows:

1.    The Grand Jury indicted Defendant Gregory M. Seeley on two counts in violation of 18 U.S.C. § 2552(a)(4)(B), Sexual Exploitation of a Minor -Possession of Child Pornography, and one count in violation of 18 U.S.C. § 922(g)(3), Possession of a Firearm by a Prohibited Person – Unlawful User of a Controlled Substance. Doc. 1.

2.    Defendant Gregory M. Seeley is currently on pretrial release. Doc. 10.

3.    It is anticipated that Defendant Gregory M. Seeley will sign a Plea Agreement, but the terms of the plea have not yet been finalized.

4.    If convicted of a violation of 18 U.S.C. § 2552(a)(4)(B), the Court may, in addition to imprisonment, supervised release, and an order of forfeiture, sentence Defendant Gregory M.

Seeley to pay a fine not to exceed $250,000 pursuant to 18 U.S.C. § 3571(b)(3), restitution pursuant to 18 U.S.C. § 2259(a), a child pornography assessment not to exceed $17,000 pursuant to 18 U.S.C. § 2259A(a)(1), a Justice for Victims of Trafficking Act assessment of $5,000 pursuant to 18 U.S.C. § 3014(a)(3), and a mandatory special assessment fee of $100 per count pursuant to 18 U.S.C. §3013(a)(2)(A). If convicted of a violation of 18 U.S.C. § 2252(a)(4)(B), the Court may, in addition to imprisonment, supervised release, and an order of forfeiture, sentence Defendant Gregory M. Seeley to pay a fine not to exceed $250,000 pursuant to 18 U.S.C. § 3571(b)(3) and a mandatory special assessment fee of $100 pursuant to 18 U.S.C. §3013(a)(2)(A).

5. Defendant Gregory M. Seeley recently sold his personal residence and currently holds proceeds from the sale. Had Defendant Gregory M. Seeley retained the residence until after sentencing, all fines or restitution ordered at sentencing would have operated as a lien on the personal residence pursuant to 18 U.S.C. § 3613(c).

6. Defendant Gregory M. Seeley has agreed to pay $50,000.00 to the Clerk of Court in anticipation of criminal monetary penalties to be ordered in this case.

7. Defendant Gregory M. Seeley may submit payment by cash, cashier's check, or money order payable to the Clerk of Court with 5:21cr40081 noted on each payment mailed or delivered to:

> Clerk of the Court for the District of Kansas
> Frank Carlson Federal Building
> 444 SE Quincy, Rm 490
> Topeka, Kansas 66683

8. Pursuant to 28 U.S.C § 2041, the Clerk of Court is authorized to accept and hold such funds on behalf of Defendant Gregory M. Seeley until the time of sentencing. Further, pursuant to 28 U.S.C. § 2042, the United States requests an order that upon the entry of a criminal

judgment in this case, the Clerk of Court is to withdraw and apply the deposited funds to the criminal monetary penalties imposed against Defendant Gregory M. Seeley.

9.  The Court has discretion to order the requested relief pursuant to the All Writs Act, 28 U.S.C. § 1651. The All Writs Act states that "all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." *Id.*

10.  The United States has conferred with Defendant Gregory M. Seeley, through his counsel, who does not object to the requested order.

WHEREFORE, the government moves this Court for an order directing the Clerk of Court to accept pre-sentence payments to be held on deposit until sentencing, and thereafter apply those funds toward the criminal monetary penalties imposed against Defendant Gregory M. Seeley as provided by law and in accordance with the Clerk's standard operating procedures.

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney

s/ Kathryn E. Sheedy
KATHRYN E. SHEEDY
Assistant United States Attorney
Ks. S.Ct. No. 22867
290 Federal Bldg.
444 SE Quincy Street
Topeka, Kansas  66683-3592
PH:  785-295-2850
FX:  785-295-2853
Email:  Kathryn.sheedy@usdoj.gov
Attorneys for the United States

CERTIFICATE OF SERVICE

      I hereby certify that on September 14, 2021, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Richard Federico.

      I further certify that on this date the foregoing document and the notice of electronic filing were served via the U.S. mail upon the following non-CM/ECF participants: None.

      s/ Kathryn E.Sheedy  
      KATHRYN E. SHEEDY  
      Assistant United States Attorney