**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

UNITED STATES OF AMERICA,                    Case No: 21-40081-HLT
                                             AUSA: Sara Walton
                 Plaintiff,                  Defendant: Richard Federico, AFPD
v.

GREGORY SEELEY,
                 Defendant.

| JUDGE: | Judge Angel D. Mitchell | DATE: | September 16, 2021 |
|---|---|---|---|
| DEPUTY CLERK: | Heather Tildes | TAPE/REPORTER: | FTR Network @ 1:36 pm |
| INTERPRETER: | _____ | PROBATION: | Christina Stapp |

## PROCEEDINGS

☐ Initial Appearance     ☐ Initial Revocation Hearing     ☐ Bond Hearing
☐ Detention Hearing      ☐ Initial Rule 5(c)(3)           ☐ Bond Revocation Hearing
☐ Arraignment            ☐ Preliminary Hearing            ☒ Status Conference – 36 min.
☐ Discovery Conference   ☐ Pretrial Conference            ☐ In-Court Hearing

☒ Defendant sworn        ☐ Examined re: financial status  ☐ Counsel appointed

☐ Charges and penalties explained to defendant            ☐ Advised of Due Process Protections Act
☐ Constitutional Rights Explained    ☐ Felony             ☐ Misdemeanor
☐ Declines to Waive Indictment       ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment        ☐ Information filed
☐ Advised of Rights Under Rule _____                    ☐ Signed Consent to Transfer _____

☐ Waived Reading      ☐ Read to Defendant:   ☐ Indictment   ☐ Information   ☐ Complaint
☐ Number of Counts:   ☐ Guilty               ☐ Not Guilty

☐ Bond Revoked            ☐ Bail Fixed at: $_____
☐ Release Order executed  ☐ Continued on present conditions   ☐ Remanded to Custody

**OTHER:** Defendant appears in person and with Rich Federico. Defendant moves to conduct the hearing ex parte. Government does not object. The court grants the defendant's request and proceeds ex parte with the hearing and seals the courtroom. The court terminates the federal public defender's representation of the defendant. The termination is effective upon the earlier of (1) seven calendar days from today or (2) defendant Seeley's retained counsel filing an entry of appearance of substitute counsel. Formal Order to follow.

**EXHIBIT LIST:**

| Ex # | Description | ID | OFF. | Adm. | Witness |
|---|---|---|---|---|---|
| 200, 201, 202 | Sealed Exhibits | Def. | Def. | Def. | N/A |

☒ Exhibits returned to Defendant