IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                           Case No. 21-40081-HLT

GREGORY SEELEY,

        Defendant.

## ORDER TERMINATING APPOINTED COUNSEL

On September 16, 2021, the court held a status conference regarding the issue of continued appointment of counsel for defendant Gregory Seeley. The court heard *ex parte* proffer and testimony on the issue of whether defendant Seeley is financially able to retain counsel on his own behalf. Having considered the record evidence and arguments, for the reasons explained on the record, the court finds that defendant Seeley has not met his burden to show that he is financially unable to retain counsel. The court therefore terminates the federal public defender's representation of defendant Seeley. The termination is effective upon the earlier of (1) seven calendar days from today or (2) defendant Seeley's retained counsel filing an entry of appearance of substitute counsel.

        **IT IS SO ORDERED.**

Dated this 16th day of September, 2021.

                                                      s/Angel D. Mitchell
                                                      The Honorable Angel D. Mitchell
                                                      United States Magistrate Judge