IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY MYRON SEELEY,<br><br>Defendant. | Case No. 5:21-cr-40081-HLT |

### ORDER FOR PRE-SENTENCE PAYMENT OF CRIMINAL MONETARY PENALTIES

The government moves for presentence payment of criminal monetary penalties. Doc. 12. The Court finds that the parties reached an agreement whereby Defendant Gregory M. Seeley will pay $50,000.00 toward the criminal monetary penalties to be ordered in this case.

THE COURT THEREFORE ORDERS that the motion (Doc. 12) is GRANTED.

THE COURT FURTHER ORDERS that Defendant Gregory M. Seeley may submit payment in the amount of $50,000.00 by cash, cashier's check, or money order made payable to the Clerk of Court with 5:21cr40081 noted on each payment mailed or delivered to:

> Clerk of the Court for the District of Kansas
> Frank Carlson Federal Building
> 444 SE Quincy, Rm 490
> Topeka, Kansas 66683

THE COURT FURTHER ORDERS that, pursuant to 28 U.S.C. § 2041, the Clerk of Court is authorized to accept and hold such funds on behalf of Defendant Gregory M. Seeley until time of sentencing. Further, pursuant to 28 U.S.C. § 2042, upon the entry of a criminal judgment, the Clerk of Court is to withdraw and apply the deposited funds to the criminal monetary penalties imposed against the defendant. Any remaining funds held by the Clerk of Court following the

application of deposited funds to the criminal monetary penalties shall promptly be returned to Defendant Gregory M. Seeley or his designee, upon such designee being made in writing by the defendant.

IT IS SO ORDERED.

Dated: September 17, 2021                          /s/  *Holly L. Teeter*
                                                                   HOLLY L. TEETER
                                                                   UNITED STATES DISTRICT JUDGE