IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>  *Plaintiff*<br>**vs.**<br>**GREGORY MYRON SEELEY,**<br>  *Defendant* | Case No. 21-CR-40081-HLT |

## MOTION FOR PRODUCTION OF WITNESSES

Undersigned counsel seeks four subpoenas on behalf of the accused, and for leave for defense counsel's investigator to serve the subpoenas, at Mr. Seeley's expense, under Rule 17 of the Federal Rules of Criminal Procedure, for the following witnesses:

Names of persons to be subpoenaed:

1. Steven Colburn
   5330 NW 64th Street
   Kansas City, MO 64151
2. Brittany Fillmore
   2951 SW Wanamaker Road
   Topeka, KS 66614
3. Casey Jaynes
   2951 SW Wanamaker Road
   Topeka, KS 66614
4. Heather Jackson
   2951 SW Wanamaker Road
   Topeka, KS 66614

Place and time of appearance:

On January 27, 2022 at 9 a.m., in Courtroom No. 463 of the Topeka, Kansas Courthouse.

**Basis for Subpoenas**

Mr. Seeley seeks subpoenas for the above witnesses because as detailed in Mr. Seeley's motion to suppress, all four witnesses were present at the time the allegedly illegal search occurred and their presence is necessary for this Court to determine whether TFO Broxterman's search was reasonable under the Fourth Amendment.

If the Court issues the subpoenas requested by Mr. Seeley, Mr. Seeley will advance one day of witness fees and milage to each witness at the time Mr. Seeley's subpoenas are served. Fed. R. Crim. P. 17(d).

For all of these reasons, Mr. Seeley requests the subpoenas described above.

Respectfully submitted,

/s/ Nicholas David
**Nicholas David, #26435**
The David Law Office LLC
123 W. 8th St., Ste. 301
Lawrence, Kansas 66044
(785) 380-7703  P
(785) 371-1266  F
nick@thedavidlawoffice.com

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 13th day of January, 2022, a true and correct copy of the above and foregoing was electronically filed with the Clerk of the Court by using the CM/ECF that will send a notice of electronic filing and access to the document to all counsel of record.

   By,


   /s/ Nicholas David
   **Nicholas David, #26435**