CLERK'S COURTROOM MINUTE SHEET

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

GREGORY MYRON SEELEY,

    Defendant

Case No. 5:21-cr-40081-HLT

| Attorney for Plaintiff: | Sara Walton |
| | Jared Maag |
| Attorney for Defendant: | Nicholas David |
| | Branden Smith |

| JUDGE: | District Judge Holly L. Teeter | DATE: | 2/24/2022 |
|---|---|---|---|
| CLERK: | Misty Deaton | TAPE/REPORTER: | Kelli Stewart |

# MOTION HEARING

Defendant's counsel and defendant appear in person. Plaintiff's counsel appears via telephone. The Court finds that the proceeding can be conducted in the courtroom and in this manner because the Court has determined that it could safely conduct this hearing with the safety precautions that are in place and after considering the factors set out in Administrative Order 2021-10.

The parties present evidence and witness testimony on Defendant's Motion to Suppress (Doc. 26). The Court takes the motion under advisement.

After discussion with the parties, the Court sets a status conference for **April 26, 2022, at 9:00 a.m.** in Topeka Courtroom 403.

Pursuant to the specific findings set forth in full on the record, the Court finds that the ends of justice served by allowing the defendant the additional time requested outweigh the best interest of the public and the defendant in a speedy trial.

It is ordered by the Court that **February 24, 2022 to April 26, 2022**, shall be deemed excludable time as provided for in 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and the defendant in a speedy trial.

Defendant remains on release.