**CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST**

**CASE NO: 5:21-cr-40081-HLT,** *USA v. Gregory Myron Seeley (01)*

| **Witness for Plaintiff** | | | **Witness for Defendant** | | |
|---|---|---|---|---|---|
| Date | Name | Sworn | Date | Name | Sworn |
| 2/24/2022 | Steven Colbern | (X) | 2/24/2022 | Kimberly Bottom | (X) |
| 2/24/2022 | TFO Justin Broxterman | (X) | | | |
| 2/24/2022 | Off. Michelle Mackey | (X) | | | |