**EXHIBIT SHEET**

**CASE NO: 5:21-cr-40081-HLT,** *USA v. Gregory Myron Seeley (01)*

| No. | Description | I.D. | OFFERED | ADMITTED | DEPOSITON OR WITNESS |
|-----|-------------|------|---------|----------|----------------------|
| 1 | DVD of Hy-Vee surveillance video | X | X | X | Broxterman |
| 2 | Cell phone* | X | X | X | Broxterman |
| | | | | | |
| | | | | | |

*Physical evidence resealed and returned to the government