## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 5:21-cr-40081-HLT** |
| **GREGORY MYRON SEELEY,** | |
| **Defendant.** | |

### PRELIMINARY ORDER OF FORFEITURE

The United States of America moves for a preliminary forfeiture order forfeiting to the United States certain personal property (Doc. 40). After reviewing the record and applicable law, the Court finds that Seeley consented to forfeiture of certain property at the time of his conviction and plea and makes the following findings and enters the following orders.

1.      The Court finds that Seeley consented to forfeiture of the property at the time of conviction and plea and GRANTS the United States' Motion for a Preliminary Order of Forfeiture (Doc. 40). The Court orders preliminary forfeiture of the following property to the United States:

**A.  Silver, HP laptop, model 14.cf0013dx, SN: 5CG8440Z8H;**

**B.  1 black 32GB SanDisk flash drive;**

**C.  1 black 32GB SanDisk SIMS card;**

**D.  3 black 32GB SanDisk SIMS cards;**

**E.  3 blue 32GB SanDisk SIMS cards;**

**F.  3 black 32GB PNY flash drives;**

**G.  1 black 32GB Infinitive flash drive;**

**H.  1 black 32GB SanDisk flash drive;**

**I.  2 black 16GB SanDisk SIMS cards;**

**J.  5 black 16GB SanDisk flash drives; and**

**K.  A Blue Motorola cellular phone.**

2.      The Court further finds that the property identified in Paragraph 1 was used or involved in the commission of Count 1 of the Indictment and accordingly, the property is forfeitable to the United States under 18 U.S.C. § 2253(a).

3.      Pursuant to Fed. R. Crim. P. 32.2(b)(3), the United States is authorized to seize the property listed in Paragraph 1, above, if it has not already done so.

4.      Upon the entry of this Order, the United States shall post to www.forfeiture.gov, for a period of thirty consecutive days, notice of this Order, notice of the United States' intent to dispose of the property according to law, and notice that any person, other than Seeley, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with this Court within thirty days of the final publication of notice or receipt of actual notice, whichever is earlier.

5.      Further, the notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property, and any additional facts supporting the petitioner's claim and the relief sought.

6.      The United States may also, to the extent practicable, provide written notice to any person known to have alleged an interest in the forfeited property.

7.      Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to Seeley at the time of sentencing and shall be made part of the sentence and included in the judgment.

8.      Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture.

9.      The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P 32.2(e).

IT IS SO ORDERED.

Dated: September 19, 2022                        /s/ *Holly L. Teeter*
                                                 HOLLY L. TEETER
                                                 UNITED STATES DISTRICT JUDGE